

## Office of the State's Attorney

**Anne Colt Leitess**
State's Attorney

**Brian A. Marsh**
**Jessica Daigle**
Deputy State's Attorneys

### Anne Arundel County, Maryland

December 30, 2024
Electronically filed

The Honorable Brendan A. Hurson
United States District Court for the
District of Maryland
101 West Lombard Street- Chambers 3D
Baltimore, Maryland 21201

       In re: Maryland State Court Order dated 11/25/24 and subpoenas
       Civil No.: 1:24-cv-03699-BAH

       (State of Maryland v. Charles Robert Smith)
       State Case No.: C-02-CR-23-001080

Dear Judge Hurson:

  I write to respectfully request that your Honor grant an expedited hearing on the above captioned-case in time for the State of Maryland to proceed to trial in Anne Arundel County. Jury selection is scheduled to begin on February 7, 2025 with testimony to begin on February 10, 2025. Any accommodation that the Court may be able to provide in scheduling and resolving this matter would be greatly appreciated as the matter involves a two-week long jury trial with dozens of witnesses and extensive trial preparation by the parties.

  The matter involves a dispute regarding the issuance of subpoenas and a State court order and the State has taken no position on the removal. Thank you very much for your consideration.

             Sincerely yours,

             /s/
             Anne Colt Leitess
             State's Attorney for Anne Arundel County
             Jason Steinhardt (Bar No. 17739)
             Assistant State's Attorney for Anne
             Arundel County

             8 Church Circle Suite 200
             Annapolis, Maryland 21401

410-222-1740  
410-222-1196 fax  
Saleit53@aacounty.org  
Sastei99@aacounty.org

cc:
Anne Stewart-Hill, Esq.
Denis O'Connell, Esq.
Felipe Gonzalez, Esq.
Michael Wilson, Esq.
Vicki LeDuc, Esq.