IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARLAND

**IN RE:**
**MARYLAND STATE COURT ORDER DATED**
**NOVEMBER 25, 2024, AND SUBPOENAS[1]**

Civil No.: 1:24-cv-03699-BAH

**STATE OF MARYLAND'S SUPPLEMENTAL LINE REGARDING THE UNITED STATES OF AMERICA'S NOTICE OF REMOVAL AND MOTION TO QUASH**

Now comes the State of Maryland, by Jason A Steinhardt, Assistant State's Attorney for Anne Arundel County and Anne Colt Leitess, State's Attorney for Anne Arundel County, Maryland, and respectfully files this supplemental line regarding the Notice of Removal and Motion to Quash filed by the United States of America and further states the following:

1. In addition to taking no position on the Notice of Removal, the State of Maryland takes no position on the motion to quash filed by the United States of America.

Respectfully submitted,

Anne Colt Leitess
State's Attorney for Anne Arundel County

| 12/30/2024 | /s/ |
|---|---|
| Date | Jason A. Steinhardt (Bar. No. 17739) |
| | Assistant State's Attorney |
| | 8 Church Circle, Suite 200 |
| | Annapolis, MD 21401 |
| | Sastei99@aacounty.org |
| | 410-222-1740 |
| | 410-222-1196 (fax) |

---

[1] The State of Maryland has adopted the caption included in the United States of America's Notice of Removal. The corresponding Maryland state court caption is State of Maryland v. Charles Robert Smith, Case No: C-02-CR-23-1080.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of December, 2024  a copy of the foregoing line was served on: Anne Stewart-Hill, Denis O'Connell, and Felipe Gonzalez, Office of the Public Defender, 1700 Margaret Avenue, Annapolis, MD 21402 at anne.stewarthill@maryland.gov, denis.oconnell@maryland.gov, felipe.gonzalez@maryland.gov, Attorneys for Defendant, and Michael J. Wilson and Vickie Leduc, Attorneys for the United States of America at Michael.wilson4@usdoj.gov and Vickie.leduc@usdoj.gov.

/s/
_____
Jason A. Steinhardt
Assistant State's Attorney
