IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| STATE OF MARYLAND, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 24-3699-BAH |
| CHARLES SMITH, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is **ORDERED** that:

(1) The Motion to Quash, ECF 3, is **GRANTED**;

(2) The Order dated November 25, 2024, entered in *State of Maryland v. Smith*, Circuit Court for Anne Arundel County, Maryland, Case No. C-02-CR-23-001080, is **QUASHED** insofar as it relates to the Federal Bureau of Investigation;

(3) The three subpoenas issued in *State of Maryland v. Smith* to any current or former employee of the Federal Bureau of Investigation for information, documents or testimony related to the 281C Investigation File are **QUASHED**;

(4) This case is hereby **REMANDED** to the Circuit Court for Anne Arundel County, Maryland for further proceedings consistent with this Order.

(5) The Clerk is directed to **CLOSE** this case.

Dated: February 3, 2025

/s/
Brendan A. Hurson
United States District Judge